**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**(973) 776-7700**

<table>
<tr><td>CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE</td><td>U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102</td></tr>
</table>

May 21, 2026

**LETTER ORDER**

Re:    **Mola v. Alaris Health at West Orange**
       **Civil Action No. 26-2124 (JKS)**

Dear Ms. Mola and Counsel,

The pending motion for default judgment [Dkt. No. 23] is **DENIED** for the same reasons expressed in the Court's May 18, 2026 Letter Order, *see* Dkt. No. 17.

**IT IS SO ORDERED**.

*s/ James B. Clark, III*
**JAMES B. CLARK, III**
**United States Magistrate Judge**